Per curiam.

## SECOND DISTRICT.

**The People of the State of Illinois, defendant in error, v. Elmer Mizer et al., plaintiffs in error. Gen. No. 7,538.**

Conviction of violation of Prohibition Act. Error of the County Court of Rock Island county; the Hon. George D. Long, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed May 29, 1926.

Kenworthy, Dietz, Shallberg, Harper & Sinnett, for plaintiffs in error. Oscar Carlstrom, Attorney General, and Benjamin S. Bell, State's Attorney, for defendant in error; Edward L. Eagle, of counsel.

Mr. Presiding Justice Partlow delivered the opinion of the court.

**James E. Bennett et al., trading as James E. Bennett & Company, appellants, v. Samuel Jacobson, appellee. Gen. No. 7,570.**

Action to recover commissions. Judgment for defendant. Appeal from the Circuit Court of La Salle county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed May 29, 1926.

Moses, Kennedy, Stein & Bachrach and Robert E. Larkin, for appellants; Hirsch E. Soble, of counsel. Lloyd Painter and Butters & Butters, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

**Jacob Castner, appellant, v. John Bomleny, appellee. Gen. No. 7,585.**

Trespass for assault and battery. Judgment for defendant. Appeal from the Circuit Court of Henry county; the Hon. William T. Church, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed June 3, 1926.

Harry E. Brown and Arthur G. Higgs, for appellant. Arthur H. DeRoo and Henry Waterman, for appellee.

Mr. Justice Jett delivered the opinion of the court.

**The People of the State of Illinois, defendant in error, v. Hyman Levin, plaintiff in error. Gen. No. 7,605.**

Conviction for violation of Prohibition Act. Error to the County Court of Lee county; the Hon. John B. Crabtree, Judge, presiding. Heard in this court at the June term, 1925. Reversed and remanded. Opinion filed June 3, 1926.

H. A. Brooks, for plaintiff in error. Oscar E. Carlstrom, Attorney General, James B. Searcy, Assistant Attorney General, and Mark C. Keller, State's Attorney, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.